# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

143467(61)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FELTON WOODS,
            Plaintiff-Appellant,

v

SC: 143467
COA: 296609
Muskegon CC: 09-046978-AH

DEPARTMENT OF CORRECTIONS,
            Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 23, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012 _____        _____
                                                    Clerk

d0716